JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FRAZIER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation; MOANA JEREMIA, an individual,<br><br>    Defendants. | Case No. 2:22-cv-04723-JFW-JEMx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT AMERICAN AIRLINES, INC. AND AGAINST PLAINTIFF PHILLIP FRAZIER** |

    Plaintiff Phillip Frazier ("Plaintiff") brought the present action against Defendant American Airlines, Inc. ("American" or "Defendant"). Plaintiff's operative Complaint alleges claims for relief against American for: (1) disability discrimination; (2) age discrimination; (3) failure to accommodate disability; (4) failure to engage in interactive process; (5) failure to prevent discrimination; (6) wrongful termination; and (7) failure to timely provide personnel file.

On April 17, 2023, American filed a Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion").  ECF No. 23.  On April 24, 2023, Plaintiff filed his Opposition.  ECF No. 25.  On May 1, 2023, American filed its Reply.  ECF No. 28.  The Court found the matter appropriate for submission on the papers without oral argument.  Therefore, the matter was removed from the Court's May 15, 2023 hearing calendar and the parties were given notice.  ECF No. 33.  After considering the moving, opposing, and reply papers, and the arguments therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Defendant's Motion for Summary Judgment is GRANTED.
2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE.
3. Plaintiff shall take nothing from Defendant and the action is dismissed in its entirety.
4. Judgment is entered in favor of Defendant and against Plaintiff on the Plaintiff's Complaint.

Dated:  May 19, 2023

_____
Honorable John F. Walter
United States District Judge